WARREN J. LOCKWOOD, Appellant, *v.* HERMANN A. VEIT, Respondent.

(Argued May 21, 1931; decided June 9, 1931.)

*Irving D. Lipkowitz* and *Charles Saleson* for appellant.

*Edward H. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.